**ST. PAUL MERCURY INSURANCE CO.; et al., Plaintiffs,**

**Haynes Best Western of Alexandria; H.L. Haynes; H.L. Haynes, Mrs.; American General Insurance Co.; Maryland Casualty Co.; H.L. & H. Holding Co., Plaintiffs–Appellees,**

v.

**Sonya WILLIAMSON, Individually and on Behalf of Her Minor Children, et al., Defendants,**

**Sonya Williamson, Individually and on Behalf of Her Minor Children; Robert T. Williamson, Individually and on Behalf of His Minor Children, Defendants–Appellants,**

**Abner Williamson, Appellant.**

**Nos. 02–31191, 98–CV–1709.**

United States Court of Appeals, Fifth Circuit.

July 25, 2003.

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM.[1]

Before the court is an appeal from an injunction imposed pursuant to FED. R. CIV. P. 62(c) related to an appeal which has now been decided. *See St. Paul Mercury Ins. Co. v. Williamson,* 332 F.3d 304 (5th Cir.2003).

Accordingly, the appeal is DISMISSED AS MOOT.

---

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.